UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jesse I. Ketzbeau,

                Plaintiff,        Case No. 24-11006

v.                                  Judith E. Levy
                                   United States District Judge

Nokes, *et al.*,
                                   Mag. Judge Patricia T. Morris

                Defendants.

_____/

## ORDER ADOPTING IN PART THE REPORT AND RECOMMENDATION [47]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation ("R&R") recommending the Court grant Defendants' motion for summary judgment. (ECF No. 47.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed.

The Court has nevertheless carefully reviewed the R&R and concurs in the result. The Court also concurs in the reasoning, but clarifies that Ketzbeau has not demonstrated a physical injury due to his weight loss because he has not shown a genuine issue of material fact on

that issue. (*See* ECF No. 47, PageID.373 ("However, Defendants have submitted medical records showing Ketzbeau has gained rather than lost weight while in jail, which shifts the burden to Ketzbeau to refute this evidence and establish there is a genuine dispute on this issue.").) The Court declines to adopt the section of the R&R that discusses whether weight loss alone can constitute a more than *de minimis* physical injury. (*See id.*)

Accordingly, the R&R (ECF No. 47) is ADOPTED IN PART, Defendants' motion for summary judgment is GRANTED, and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: January 8, 2026             s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                             United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
